DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GILBERTO CONSUEGRA-BARRETO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3578

[February 27, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 56-2018-CF-002416-A.

Gilberto Consuegra-Barreto, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***